# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re: PW COMMERCIAL CONSTRUCTION, INC., § Case No. 07-40608
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  John T Kendall, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

> Assets Abandoned: $478,277.83     Assets Exempt: $0.00
> *(without deducting any secured claims)*
>
> Total Distribution to Claimants: $246,904.47    Claims Discharged
>                       Without Payment: $2,495,446.35
>
> Total Expenses of Administration: $539,661.58

  3) Total gross receipts of $ 786,566.05 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $786,566.05 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 526,407.75 | 526,407.75 | 526,407.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 13,253.83 | 13,253.83 | 13,253.83 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 32,745.67 | 7,133.67 | 7,133.67 | 7,133.67 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 424,168.60 | 2,368,194.59 | 2,368,194.59 | 239,770.80 |
| **TOTAL DISBURSEMENTS** | $456,914.27 | $2,914,989.84 | $2,914,989.84 | $786,566.05 |

    4) This case was originally filed under Chapter 7 on February 28, 2007. The case was pending for 69 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/10/2013    By: /s/John T Kendall
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 USED PICK UP, CH 11 | 1129-000 | 7,000.00 |
| SCHINDLER ELEVATOR, PREFERENCE | 1241-000 | 19,500.00 |
| JOU INS AND SCOTTSDALE INSURANCE, PREFERENCE | 1241-000 | 16,754.45 |
| CAUDILLO'S CONSTRUCTION, PREFERENCE | 1241-000 | 15,000.00 |
| JJ ELECTRIC INC AND JEFF SHEN, PREFERENCE | 1241-000 | 21,000.00 |
| ABSOLUTE FIRE, PREFERENCE | 1241-000 | 3,600.00 |
| BIG G CONSTRUCTION, PREFERENCE | 1241-000 | 8,012.00 |
| CHEERING TELECOM, PREFERENCE | 1241-000 | 1,500.00 |
| CHINA MATE ENGINEERING, PREFERENCE | 1241-000 | 16,000.00 |
| GRANITE CONSTRUCTION, PREFERENCE | 1241-000 | 1,000.00 |
| G S SERVICE, PREFERENCE | 1241-000 | 3,500.00 |
| UNION STONE, PREFERENCE | 1241-000 | 102.24 |
| JBL CO, PREFERENCE | 1241-000 | 1,000.00 |
| MIKE KELLY CONSTR, PREFERENCE | 1241-000 | 12,000.00 |
| LAW, ADVERSARY COMPLAINT | 1241-000 | 655,000.00 |
| EDD REFUND | 1224-000 | 120.00 |
| REGENT LLC , PREFERENCE | 1241-000 | 5,000.00 |
| Interest Income | 1270-000 | 477.36 |
| **TOTAL GROSS RECEIPTS** | | **$786,566.05** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN T. KENDALL | 2100-000 | N/A | 42,578.30 | 42,578.30 | 42,578.30 |
| John T Kendall | 2200-000 | N/A | 167.17 | 167.17 | 167.17 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 1,584.26 | 1,584.26 | 1,584.26 |
| U S BANKRUPTCY COURT | 2700-000 | N/A | 5,500.00 | 5,500.00 | 5,500.00 |
| OFFICE OF THE US TRUSTEE | 2950-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| PARADOX TECHNOLOGY | 2990-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| REIDUN STROMSHEIM | 3210-000 | N/A | 357,362.13 | 357,362.13 | 357,362.13 |
| REIDUN STROMSHEIM | 3220-000 | N/A | 22,161.00 | 22,161.00 | 22,161.00 |
| BACHECKI, CROM & CO LLP | 3410-000 | N/A | 74,242.50 | 74,242.50 | 74,242.50 |
| BACHECKI, CROM & CO LLP | 3420-000 | N/A | 277.27 | 277.27 | 277.27 |
| The Bank of New York Mellon | 2600-000 | N/A | 13,489.54 | 13,489.54 | 13,489.54 |
| State of California | 2820-000 | N/A | 0.00 | 0.00 | 0.00 |
| Franchise Tax Board | 2820-000 | N/A | 823.58 | 823.58 | 823.58 |
| FRANCHISE TAX BOARD | 2820-000 | N/A | 3,222.00 | 3,222.00 | 3,222.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $526,407.75 | $526,407.75 | $526,407.75 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | 6810-000 | N/A | 5,304.13 | 5,304.13 | 5,304.13 |
| Employment Development Department | 6820-000 | N/A | 0.00 | 0.00 | 0.00 |
| Franchise Tax Board | 6820-000 | N/A | 0.00 | 0.00 | 0.00 |
| JAMES A TIEMSTRA | 6210-000 | N/A | 3,972.50 | 3,972.50 | 3,972.50 |
| JAMES A TIEMSTRA | 6220-000 | N/A | 2,361.57 | 2,361.57 | 2,361.57 |
| JAMES A TIEMSTRA | 6210-000 | N/A | 1,615.63 | 1,615.63 | 1,615.63 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $13,253.83 | $13,253.83 | $13,253.83 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P-2 | Internal Revenue Service | 5800-000 | 10,187.26 | 679.03 | 679.03 | 679.03 |
| 12P-1 | Employment Development Department | 5800-000 | 2,947.70 | N/A | N/A | 0.00 |
| 18-1 | State Compensation Insurance Fund | 5800-000 | N/A | 4,744.74 | 4,744.74 | 4,744.74 |
| 19P-1 | Franchise Tax Board | 5800-000 | 800.00 | 1,709.90 | 1,709.90 | 1,709.90 |
| NOTFILED-1 | Cal/OSHA | 5200-000 | 3,150.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Biyi Liang | 5200-000 | 896.50 | N/A | N/A | 0.00 |
| NOTFILED-1 | Dave K Lau | 5200-000 | 1,280.22 | N/A | N/A | 0.00 |
| NOTFILED-1 | Tsz Ho Su | 5200-000 | 1,280.22 | N/A | N/A | 0.00 |
| NOTFILED-1 | Larry Wang | 5200-000 | 5,311.71 | N/A | N/A | 0.00 |
| NOTFILED-1 | Eric Au | 5200-000 | 6,892.06 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $32,745.67 | $7,133.67 | $7,133.67 | $7,133.67 |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | Chateau de Louis, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2 -1 | No. Nine, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 3 -1 | Real Enterprises, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 4 -1 | Thoits, Love, Hershberger & McLean | 7100-000 | N/A | 3,942.50 | 3,942.50 | 401.23 |
| 5U-2 | Internal Revenue Service | 7100-000 | N/A | 1,447.37 | 1,447.37 | 147.30 |
| 6 -1 | Lilly Hsu | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 7 -1 | Wingspan, Inc. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 8 -1 | White Cap Construction Supply (#6512000) | 7100-000 | 11,179.73 | 10,327.00 | 10,327.00 | 1,050.99 |
| 9 -1 | Wing Lung Bank | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 10 -1 | Ulferts Center (Dublin) Inc. | 7100-000 | N/A | 65,330.06 | 65,330.06 | 6,648.70 |
| 11 -1 | Mark M. O Brien | 7100-000 | N/A | 29,427.40 | 29,427.40 | 2,994.85 |
| 12U-1 | Employment Development Department | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 13 -1 | Global Specialties Direct Inc. | 7100-000 | 17,631.00 | 19,590.00 | 19,590.00 | 1,993.69 |
| 16 -1 | Tri-County Insulation | 7100-000 | 10,938.02 | 4,500.00 | 4,500.00 | 457.97 |
| 17 -1 | Sprint Nextel | 7100-000 | N/A | 94.01 | 94.01 | 9.57 |
| 19U-1 | Franchise Tax Board | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 20 -1 | Chateau De Louis, LLC, No. Nine, LLC, Real Enterprises, | 7100-000 | N/A | 2,189,889.50 | 2,189,889.50 | 222,867.03 |
| 21 -1 | Real Enterprises, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 22 -1 | No. Nine, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 24 -1 | JJ Electric Inc. | 7100-000 | 31,438.00 | 31,438.00 | 31,438.00 | 3,199.47 |
| 25 -1 | Schinder Elevator Corp. | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 28 -1 | Scottsdale Insurance Company | 7200-000 | N/A | 2,208.75 | 2,208.75 | 0.00 |
| 29 -1 | Scottsdale Insurance Company | 7200-000 | N/A | 10,000.00 | 10,000.00 | 0.00 |
| 30 -1 | State Compensation Insurance Fund | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 31 -1 | GS Service Invoice | 7200-000 | 4,770.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Golden State Fire Protection | 7100-000 | 3,852.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Hansan Carpet & Blind | 7100-000 | 2,648.56 | N/A | N/A | 0.00 |
| NOTFILED-1 | Granite Construction Company | 7100-000 | 19,775.90 | N/A | N/A | 0.00 |
| NOTFILED-1 | Ferma Corporation | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Cheering Telecom, Inc | 7100-000 | 1,536.97 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED-1 | Air Zone Air Conditioning & Heating | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | AGM Fire Protection Services | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | AT&T | 7100-000 | 100.01 | N/A | N/A | 0.00 |
| NOTFILED-1 | Arrowhead | 7100-000 | 635.30 | N/A | N/A | 0.00 |
| NOTFILED-1 | China Mate Engineering, Inc. | 7100-000 | 85,860.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Big G Construction, Inc | 7100-000 | 3,250.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Jimmy Diamond Glass, Inc. | 7100-000 | 7,440.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Insul-Flow, Inc. | 7100-000 | 1,530.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Power Link, Inc. | 7100-000 | 72,500.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Ontario Blueprint | 7100-000 | 1,956.88 | N/A | N/A | 0.00 |
| NOTFILED-1 | Samco Plumbing, Inc. | 7100-000 | 51,550.38 | N/A | N/A | 0.00 |
| NOTFILED-1 | Safco Sound & Security Systems, Inc. | 7100-000 | 3,900.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | National Construction Rentals, Inc. | 7100-000 | 335.81 | N/A | N/A | 0.00 |
| NOTFILED-1 | United Kitchen Equipment | 7100-000 | 2,050.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Mission Trail Waste Systems | 7100-000 | 1,016.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | K & Y Construction Services | 7100-000 | 38,500.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Active Glass Company | 7100-000 | 1,344.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Lynns Regent, LLC | 7100-000 | 5,100.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | K. C. Electric & Lighting Co. | 7100-000 | 12,658.44 | N/A | N/A | 0.00 |
| NOTFILED-1 | Ipinas Construction, Inc | 7100-000 | 8,500.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Maniglia Landscape Services, Inc. | 7100-000 | 9,321.60 | N/A | N/A | 0.00 |
| NOTFILED-1 | A Absolute Fire Protection | 7100-000 | 8,800.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $424,168.60 | $2,368,194.59 | $2,368,194.59 | $239,770.80 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-40608  
**Case Name:** PW COMMERCIAL CONSTRUCTION, INC.,

**Trustee:** (007360) John T Kendall  
**Filed (f) or Converted (c):** 12/05/07 (c)  
**§341(a) Meeting Date:** 01/15/08

**Period Ending:** 09/10/13  
**Claims Bar Date:** 04/18/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT, CH 11 | 12,513.00 | 0.00 | | 0.00 | FA |
| 2 | SECURITY DEPOSIT, CH 11 | 1,604.00 | 0.00 | | 0.00 | FA |
| 3 | ACCTS RECEIVABLES, CH 11 | 230,000.00 | 0.00 | | 0.00 | FA |
| 4 | VARIOUS OFFSETS, CH 11 | Unknown | 0.00 | | 0.00 | FA |
| 5 | 2005 USED PICK UP, CH 11 | 12,040.00 | 5,000.00 | | 7,000.00 | FA |
| 6 | OFFICE EQUIPMENT, CH 11 | 10,000.00 | 0.00 | | 0.00 | FA |
| 7 | OFFICE SUPPLIES, CH 11 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | SCHINDLER ELEVATOR, PREFERENCE (u) | 141,639.00 | 19,500.00 | | 19,500.00 | FA |
| 9 | JOU INS AND SCOTTSDALE INSURANCE, PREFERENCE (u) | 16,754.45 | 13,400.00 | | 16,754.45 | FA |
| 10 | CAUDILLO'S CONSTRUCTION, PREFERENCE (u) | 90,583.00 | 15,000.00 | | 15,000.00 | FA |
| 11 | JJ ELECTRIC INC AND JEFF SHEN, PREFERENCE (u) | 15,270.00 | 12,200.00 | | 21,000.00 | FA |
| 12 | DUPLICATE ENTRY, ASSET 9 (u) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | ABSOLUTE FIRE, PREFERENCE (u)<br>Balance of $1,400 not cost effective to pursue | 25,300.00 | 20,200.00 | | 3,600.00 | FA |
| 14 | A B ACOUSTICS, PREFERENCE (u) | 9,000.00 | 7,200.00 | | 0.00 | FA |
| 15 | ALUMAWALL INC, PREFERENCE (u)<br>Default judgement entered $22,885, determined to be uncollectable | 22,885.00 | 18,300.00 | | 0.00 | FA |
| 16 | BIG G CONSTRUCTION, PREFERENCE (u)<br>Defaulted, uncollectable | 44,898.50 | 37,500.00 | | 8,012.00 | FA |
| 17 | CHEERING TELECOM, PREFERENCE (u) | 13,832.76 | 11,060.00 | | 1,500.00 | FA |
| 18 | CHINA MATE ENGINEERING, PREFERENCE (u) | 42,295.00 | 33,836.00 | | 16,000.00 | FA |
| 19 | GRANITE CONSTRUCTION, PREFERENCE (u) | 30,483.80 | 24,380.00 | | 1,000.00 | FA |
| 20 | G S SERVICE, PREFERENCE (u) | 29,600.00 | 23,700.00 | | 3,500.00 | FA |
| 21 | MELO'S CONCRETE, PREFERENCE (u)<br>determined to be uncollectable | 42,714.08 | 34,170.00 | | 0.00 | FA |
| 22 | AMY LAW, PREFERENCE (u)<br>adversary dismissed | 23,381.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-40608  
**Case Name:** PW COMMERCIAL CONSTRUCTION, INC.,

**Trustee:** (007360) John T Kendall  
**Filed (f) or Converted (c):** 12/05/07 (c)  
**§341(a) Meeting Date:** 01/15/08  
**Claims Bar Date:** 04/18/08

**Period Ending:** 09/10/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | SHAMROCK CONCRETE, PREFERENCE (u)<br>  Default judgement entered $56,886.46, uncollectable | 56,886.46 | 45,500.00 | | 0.00 | FA |
| 24 | UNION STONE, PREFERENCE (u)<br>  Judgement entered, determined to be uncollectable | 12,000.00 | 9,600.00 | | 102.24 | FA |
| 25 | UNITED RENTALS, PREFERENCE (u)<br>  Adversary dismissed | 9,664.25 | 0.00 | | 0.00 | FA |
| 26 | CRISANTO CONSTR, PREFERENCE (u)<br>  Corporation dissolved, determined to be uncollectable | 7,700.00 | 6,100.00 | | 0.00 | FA |
| 27 | JBL CO, PREFERENCE (u) | 6,000.00 | 4,800.00 | | 1,000.00 | FA |
| 28 | LEUNG, PREFERENCE (u)<br>  Determined to be uncollectable | 30,000.00 | 24,000.00 | | 0.00 | FA |
| 29 | MIKE KELLY CONSTR, PREFERENCE (u) | 12,964.12 | 10,370.00 | | 12,000.00 | FA |
| 30 | JDI BUILDER CO (u)<br>  Default judgement entered $11,430.04, determined to be uncollectable | 11,430.04 | 9,100.00 | | 0.00 | FA |
| 31 | LAW, ADVERSARY COMPLAINT (u)<br>  Settlement pending | 2,500,000.00 | 2,000,000.00 | | 655,000.00 | FA |
| 32 | EDD REFUND (u) | 120.00 | 120.00 | | 120.00 | FA |
| 33 | REGENT LLC , PREFERENCE (u)<br>  Settlement pending | 229,900.00 | 183,920.00 | | 5,000.00 | FA |
| 34 | ATTACHMENT BOND (u)<br>  Order of abandonment doc# 282 | 10,000.00 | 0.00 | OA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 477.36 | FA |
| 35 | Assets Totals (Excluding unknown values) | $3,701,958.46 | $2,568,956.00 | | $786,566.05 | $0.00 |

**Major Activities Affecting Case Closing:**

  Case issues: resolution of chateau claim, default on Big G preference

Case: 07-40608   Doc# 421   Filed: 09/26/13   Entered: 09/26/13 13:24:29   Page 9 of 20

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-40608
**Case Name:** PW COMMERCIAL CONSTRUCTION, INC.,

**Period Ending:** 09/10/13

**Trustee:** (007360) John T Kendall
**Filed (f) or Converted (c):** 12/05/07 (c)
**§341(a) Meeting Date:** 01/15/08
**Claims Bar Date:** 04/18/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 1, 2010    **Current Projected Date Of Final Report (TFR):** November 29, 2012 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 07-40608 | | Trustee: | John T Kendall (007360) |
|---|---|---|---|---|
| Case Name: | PW COMMERCIAL CONSTRUCTION, INC., | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****93-65 - Money Market Account |
| Taxpayer ID #: | **-***0430 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/10/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/21/08 | {9} | SCOTTSDALE INSURANCE COMPANY | PREFERENCE PAYMENT | 1241-000 | 16,754.45 | | 16,754.45 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 0.85 | | 16,755.30 |
| 05/19/08 | {8} | SCHINDLER ELEVATOR CORPORATION | PREFERENCE PAYMENT | 1241-000 | 19,500.00 | | 36,255.30 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 4.23 | | 36,259.53 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 6.14 | | 36,265.67 |
| 07/10/08 | {19} | GRANITE CONSTRUCTION COMPANY | PREFERENCE PAYMENT | 1241-000 | 1,000.00 | | 37,265.67 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 6.24 | | 37,271.91 |
| 08/25/08 | 1001 | FRANCHISE TAX BOARD | ID# 20-0540430 -2008 - FORM 100-ES | 2820-000 | | 800.00 | 36,471.91 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 5.90 | | 36,477.81 |
| 09/02/08 | {20} | G S SERVICES | PREFERENCE PAYMENT | 1241-000 | 500.00 | | 36,977.81 |
| 09/08/08 | {5} | SETH SAMUELS | SALE OF VEHICLE | 1129-000 | 7,000.00 | | 43,977.81 |
| 09/12/08 | 1002 | PARADOX TECHNOLOGY | HARD DRIVES ANALYSIS | 2990-000 | | 2,500.00 | 41,477.81 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 7.05 | | 41,484.86 |
| 10/01/08 | {20} | G. S. SERVICES | PREFERENCE PAYMENT | 1241-000 | 500.00 | | 41,984.86 |
| 10/30/08 | {29} | CHARLES L HASTINGS, INC | PREFERENCE PAYMENT | 1241-000 | 12,000.00 | | 53,984.86 |
| 10/30/08 | {20} | G.S. SERVICES | PREFERENCE PAYMENT | 1241-000 | 500.00 | | 54,484.86 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 5.09 | | 54,489.95 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 11.46 | | 54,501.41 |
| 12/01/08 | {27} | JBL Company | PREFERENCE PAYMENT | 1241-000 | 500.00 | | 55,001.41 |
| 12/01/08 | {27} | JBL Company | PREFERENCE PAYMENT | 1241-000 | 500.00 | | 55,501.41 |
| 12/01/08 | {20} | GS Services | PREFERENCE PAYMENT | 1241-000 | 500.00 | | 56,001.41 |
| 12/03/08 | {17} | CHEERING TELECOM | PREFERENCE PAYMENT | 1241-000 | 1,500.00 | | 57,501.41 |
| 12/03/08 | {11} | JJ ELECTRIC INC | PREFERENCE PAYMENT | 1241-000 | 10,500.00 | | 68,001.41 |
| 12/05/08 | {18} | CHNIA MATE ENGINEERING | PREFERENCE PAYMENT | 1241-000 | 4,000.00 | | 72,001.41 |
| 12/05/08 | {32} | STATE OF CALIFORNIA | NON EXEMPT TAX REFUND | 1224-000 | 120.00 | | 72,121.41 |
| 12/05/08 | {16} | BIG G CONSTRUCTION | PREFERENCE PAYMENT | 1241-000 | 1,000.00 | | 73,121.41 |
| 12/11/08 | {10} | Aldea Quality Construction | PREFERENCE PAYMENT | 1241-000 | 1,000.00 | | 74,121.41 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 13.03 | | 74,134.44 |
| 01/05/09 | {16} | Big G Construction | PREFERENCE PAYMENT | 1241-000 | 1,000.00 | | 75,134.44 |
| 01/05/09 | {18} | China Mate Engineering | PREFERENCE PAYMENT | 1241-000 | 4,000.00 | | 79,134.44 |
| 01/05/09 | {20} | GS Services | PREFERENCE PAYMENT | 1241-000 | 500.00 | | 79,634.44 |
| 01/05/09 | {11} | JJ Electric Inc | PREFERENCE PAYMENT | 1241-000 | 10,500.00 | | 90,134.44 |
| 01/05/09 | {10} | Aldea Quality Construction | PREFERENCE PAYMENT | 1241-000 | 1,000.00 | | 91,134.44 |
| 01/14/09 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 115.41 | 91,019.03 |

Subtotals : $94,434.44 $3,415.41

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 07-40608  
**Case Name:** PW COMMERCIAL CONSTRUCTION, INC.,  
**Taxpayer ID #:** **-***0430  
**Period Ending:** 09/10/13  

**Trustee:** John T Kendall (007360)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****93-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 01/14/2009 FOR CASE #07-40608, BOND #016030864 TERM: 01-01-09 TO 01-01-10 | | | | |
| 01/29/09 | {20} | G S Services | PREFERENCE PAYMENT | 1241-000 | 500.00 | | 91,519.03 |
| 01/29/09 | {18} | China Mate Engineering | PREFERENCE PAYMENT | 1241-000 | 4,000.00 | | 95,519.03 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 10.07 | | 95,529.10 |
| 02/03/09 | 1004 | FRANCHISE TAX BOARD | INCOME TAXES ID# 20-0540430 - 2009 FORM 100-ES | 2820-000 | | 22.00 | 95,507.10 |
| 02/03/09 | 1005 | FRANCHISE TAX BOARD | INCOME TAXES ID# 20-0540430 2009 FORM 100-ES | 2820-000 | | 800.00 | 94,707.10 |
| 02/04/09 | {16} | Big G Construction | PREFERENCE PAYMENT | 1241-000 | 1,000.00 | | 95,707.10 |
| 02/11/09 | {10} | Aldea Quality Construction | PREFERENCE PAYMENT | 1241-000 | 1,000.00 | | 96,707.10 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 10.28 | | 96,717.38 |
| 03/03/09 | {20} | GS Services | PREFERENCE PAYMENT | 1241-000 | 500.00 | | 97,217.38 |
| 03/06/09 | {10} | Aldea Quality Construction | PREFERENCE PAYMENT | 1241-000 | 1,000.00 | | 98,217.38 |
| 03/16/09 | {18} | China Mate Engineering | PREFERENCE PAYMENT | 1241-000 | 4,000.00 | | 102,217.38 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 12.20 | | 102,229.58 |
| 04/08/09 | {10} | Aldea Quality Construction | PREFERENCE PAYMENT | 1241-000 | 1,000.00 | | 103,229.58 |
| 04/20/09 | {16} | Big G Construction | PREFERENCE PAYMENT | 1241-000 | 500.00 | | 103,729.58 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 11.84 | | 103,741.42 |
| 05/01/09 | {13} | A-ABSOLUTE FIRE PROTECTION | PREFERENCE PAYMENT | 1241-000 | 3,000.00 | | 106,741.42 |
| 05/08/09 | {10} | Aldea Quality Construction | PREFERENCE PAYMENT | 1241-000 | 1,000.00 | | 107,741.42 |
| 05/22/09 | {16} | Big G Construction | PREFERENCE PAYMENT | 1241-000 | 500.00 | | 108,241.42 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 11.87 | | 108,253.29 |
| 06/01/09 | {16} | BIG G CONSTRUCTION, INC | DEPOSIT REVERSAL OF PREFERENCE PAYMENT | 1241-000 | -500.00 | | 107,753.29 |
| 06/04/09 | {10} | Aldea Quality Construction | PREFERENCE PAYMENT | 1241-000 | 1,000.00 | | 108,753.29 |
| 06/12/09 | 1006 | REIDUN STROMSHEIM | FIRST INTERIM - ATTORNEY FOR TRUSTEE FEES | 3210-000 | | 50,000.00 | 58,753.29 |
| 06/12/09 | 1007 | REIDUN STROMSHEIM | FIRST INTERIM - ATTORNEY FOR TRUSTEE EXPENSES | 3220-000 | | 4,544.94 | 54,208.35 |
| 06/23/09 | {16} | BIG G CONSTRUCTION, INC | PREFERENCE PAYMENT | 1241-000 | 500.00 | | 54,708.35 |
| 06/23/09 | {16} | BIG G CONSTRUCTION, INC | PREFERENCE PAYMENT | 1241-000 | 512.00 | | 55,220.35 |
| 06/30/09 | {24} | United States Treasury | PREFERENCE PAYMENT | 1241-000 | 102.24 | | 55,322.59 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 10.18 | | 55,332.77 |
| 07/17/09 | {10} | ALDEA QUALITY CONSTRUCTION, INC | PREFERENCE PAYMENT | 1241-000 | 1,000.00 | | 56,332.77 |

Subtotals: $20,680.68 $55,366.94

{} Asset reference(s)

Printed: 09/10/2013 11:25 AM V.13.13

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 07-40608 | | Trustee: | John T Kendall (007360) |
|---|---|---|---|---|
| Case Name: | PW COMMERCIAL CONSTRUCTION, INC., | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****93-65 - Money Market Account |
| Taxpayer ID #: | **-***0430 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/10/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/27/09 | {16} | BIG G CONSTRUCTION, INC | PREFERENCE PAYMENT | 1241-000 | 500.00 | | 56,832.77 |
| 07/27/09 | {13} | LAW OFFICE OF CHARLES NOVACK | PREFERENCE PAYMENT | 1241-000 | 600.00 | | 57,432.77 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 6.62 | | 57,439.39 |
| 08/10/09 | {10} | ALDEA QUALITY CONSTRUCTION INC | PREFERENCE PAYMENT | 1241-000 | 1,000.00 | | 58,439.39 |
| 08/25/09 | {16} | Big G Construction | PREFERENCE PAYMENT | 1241-000 | 500.00 | | 58,939.39 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 6.90 | | 58,946.29 |
| 09/09/09 | {10} | ALDEA QUALITY CONSTRUCTION INC | PREFERENCE PAYMENT | 1241-000 | 1,000.00 | | 59,946.29 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 6.84 | | 59,953.13 |
| 10/01/09 | {16} | Big G Construction | PREFERENCE PAYMENT | 1241-000 | 500.00 | | 60,453.13 |
| 10/09/09 | {10} | ALDEA QUALITY CONSTRUCTION INC | PREFERENCE PAYMENT | 1241-000 | 1,000.00 | | 61,453.13 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 7.00 | | 61,460.13 |
| 11/02/09 | {10} | Aldea Quiality Construction | PREFERENCE PAYMENT | 1241-000 | 1,000.00 | | 62,460.13 |
| 11/30/09 | {16} | BIG G CONSTRUCTION, INC. | PREFERENCE PAYMENT | 1241-000 | 500.00 | | 62,960.13 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 7.40 | | 62,967.53 |
| 12/04/09 | {16} | BIG G CONSTRUCTION INC | PREFERENCE PAYMENT | 1241-000 | 500.00 | | 63,467.53 |
| 12/07/09 | {16} | BIG G CONSTRUCTION, INC | NSF CHECK # 9126 DEPOSITED ON 11-30-09 | 1241-000 | -500.00 | | 62,967.53 |
| 12/08/09 | {10} | Aldea Quality construction | PREFERENCE PAYMENT | 1241-000 | 1,000.00 | | 63,967.53 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 7.55 | | 63,975.08 |
| 01/15/10 | {10} | Alsea Quality Construction | PREFERENCE PAYMENT | 1241-000 | 1,000.00 | | 64,975.08 |
| 01/27/10 | 1008 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/27/2010 FOR CASE #07-40608, Bond # 016030864 From 01-01-10 to 01-01-11 | 2300-000 | | 83.50 | 64,891.58 |
| 01/28/10 | 1009 | FRANCHISE TAX BOARD | INCOME TAXES ID#20-0540430    2010 FORM 100-ES | 2820-000 | | 800.00 | 64,091.58 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 7.14 | | 64,098.72 |
| 02/01/10 | {16} | Big G Construction | PREFERENCE PAYMENT | 1241-000 | 500.00 | | 64,598.72 |
| 02/08/10 | {16} | BIG G CONSTRUCTION, INC | NSF CHECK | 1241-000 | -500.00 | | 64,098.72 |
| 02/22/10 | {10} | ALDEA QUALITY CONSTRUCTION INC | PREFERENCE PAYMENT | 1241-000 | 1,000.00 | | 65,098.72 |
| 02/22/10 | 1010 | REIDUN STROMSHEIM | SECOND INTERIM REIMBURSEMENT OF ATTORNEY'S EXPENSES | 3220-000 | | 13,943.00 | 51,155.72 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 6.79 | | 51,162.51 |

Subtotals: $9,656.24    $14,826.50

{} Asset reference(s)    Printed: 09/10/2013 11:25 AM    V.13.13

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 07-40608 | | Trustee: | John T Kendall (007360) |
|---|---|---|---|---|
| Case Name: | PW COMMERCIAL CONSTRUCTION, INC., | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****93-65 - Money Market Account |
| Taxpayer ID #: | **-***0430 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/10/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 6.46 | | 51,168.97 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1400% | 1270-000 | 0.97 | | 51,169.94 |
| 04/06/10 | | Wire out to BNYM account 9200******9365 | Wire out to BNYM account 9200******9365 | 9999-000 | -51,169.94 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 73,608.85 | 73,608.85 | $0.00 |
| | Less: Bank Transfers | | -51,169.94 | 0.00 | |
| | **Subtotal** | | **124,778.79** | **73,608.85** | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$124,778.79** | **$73,608.85** | |

{} Asset reference(s)

Case: 07-40608   Doc# 421   Filed: 09/26/13   Entered: 09/26/13 13:24:29   Page 14 of 20

Printed: 09/10/2013 11:25 AM   V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 07-40608 | | Trustee: | John T Kendall (007360) |
|---|---|---|---|---|
| Case Name: | PW COMMERCIAL CONSTRUCTION, INC., | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******93-65 - Checking Account |
| Taxpayer ID #: | **-***0430 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/10/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9365 | Wire in from JPMorgan Chase Bank, N.A. account ********9365 | 9999-000 | 51,169.94 | | 51,169.94 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 4.90 | | 51,174.84 |
| 05/17/10 | {16} | Gonzalo Guillen for Big G construction | Replacement check for NSF checks 12/07/09 and 02/08/10 deposit rev | 1241-000 | 1,000.00 | | 52,174.84 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 6.14 | | 52,180.98 |
| 06/28/10 | | Rodney A Marraccini -Iolta | PREFERENCE PAYMENT | | 660,000.00 | | 712,180.98 |
| | {31} | | PREFERENCE PAYMENT  655,000.00 | 1241-000 | | | 712,180.98 |
| | {33} | | PREFERENCE PAYMENT  5,000.00 | 1241-000 | | | 712,180.98 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 11.45 | | 712,192.43 |
| 07/09/10 | {16} | Big G Construction | PREFERENCE PAYMENT | 1241-000 | 500.00 | | 712,692.43 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 90.77 | | 712,783.20 |
| 08/02/10 | 11011 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/02/2010 FOR CASE #07-40608, BOND # 016030864 TERM:01/01/10 to 01/01/11 | 2300-000 | | 275.49 | 712,507.71 |
| 08/04/10 | | To Account #9200******9366 | TRANSFER OF FUNDS FOR INTERIM FEE AWARDS | 9999-000 | | 300,500.00 | 412,007.71 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 54.39 | | 412,062.10 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 10.15 | | 412,072.25 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 10.49 | | 412,082.74 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 10.15 | | 412,092.89 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 10.49 | | 412,103.38 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 10.49 | | 412,113.87 |
| 02/01/11 | 11012 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2011 FOR CASE #07-40608, BOND # 016030864 TERM: 01-01-11 TO 01-01-12 | 2300-000 | | 568.85 | 411,545.02 |
| 02/19/11 | | To Account #9200******9366 | Transfer of Funds for Administrative Expense | 9999-000 | | 800.00 | 410,745.02 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 9.45 | | 410,754.47 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 10.46 | | 410,764.93 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 10.12 | | 410,775.05 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 10.46 | | 410,785.51 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.37 | | 410,788.88 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.48 | | 410,792.36 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 787.81 | 410,004.55 |

Subtotals : $712,936.70  $302,932.15

{} Asset reference(s)

Printed: 09/10/2013 11:25 AM  V.13.13

Case: 07-40608    Doc# 421    Filed: 09/26/13    Entered: 09/26/13 13:24:29    Page 15 of 20

Exhibit 9

Page: 6

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-40608  
**Case Name:** PW COMMERCIAL CONSTRUCTION, INC.,  
**Taxpayer ID #:** **-***0430  
**Period Ending:** 09/10/13  

**Trustee:** John T Kendall (007360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******93-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.47 | | 410,008.02 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 955.02 | 409,053.00 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -28.14 | 409,081.14 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.35 | | 409,084.49 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 840.53 | 408,243.96 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.46 | | 408,247.42 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 810.90 | 407,436.52 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.34 | | 407,439.86 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 893.12 | 406,546.74 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.44 | | 406,550.18 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 835.36 | 405,714.82 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.44 | | 405,718.26 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 886.95 | 404,831.31 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 801.91 | 404,029.40 |
| 03/07/12 | | From Account #9200******9366 | TO CONSOLIDATE ACCOUNTS | 9999-000 | 146.56 | | 404,175.96 |
| 03/07/12 | 11013 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2012 FOR CASE #07-40608, BOND #016048574 Term: 01-01-12 to 01-01-13 | 2300-000 | | 541.01 | 403,634.95 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 827.56 | 402,807.39 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 797.90 | 402,009.49 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 906.27 | 401,103.22 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 794.53 | 400,308.69 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 874.98 | 399,433.71 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 845.79 | 398,587.92 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 762.32 | 397,825.60 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 896.73 | 396,928.87 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001000736088 20121220 | 9999-000 | | 396,928.87 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 713,103.76 | 713,103.76 | $0.00 |
| | Less: Bank Transfers | | 51,316.50 | 698,228.87 | |
| | **Subtotal** | | 661,787.26 | 14,874.89 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$661,787.26** | **$14,874.89** | |

{} Asset reference(s)

Exhibit 9

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-40608 | **Trustee:** John T Kendall (007360) |
| **Case Name:** PW COMMERCIAL CONSTRUCTION, INC., | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******93-66 - Checking Account |
| **Taxpayer ID #:** **-***0430 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 09/10/13 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/04/10 | | From Account #9200******9365 | TRANSFER OF FUNDS FOR INTERIM FEE AWARDS | 9999-000 | 300,500.00 | | 300,500.00 |
| 08/04/10 | 101 | REIDUN STROMSHEIM | Interim Fee Award, first application | 3210-000 | | 19,214.81 | 281,285.19 |
| 08/04/10 | 102 | REIDUN STROMSHEIM | Interim Fee Award, second application | 3210-000 | | 219,370.66 | 61,914.53 |
| 08/04/10 | 103 | REIDUN STROMSHEIM | Interim Expense Award, second application | 3220-000 | | 1,601.52 | 60,313.01 |
| 08/04/10 | 104 | BACHECKI, CROM & CO LLP | Interim Fee Award | 3410-000 | | 60,000.00 | 313.01 |
| 08/04/10 | 105 | BACHECKI, CROM & CO LLP | Interim Expenses Award | 3420-000 | | 166.45 | 146.56 |
| 02/19/11 | | From Account #9200******9365 | Transfer of Funds for Administrative Expense | 9999-000 | 800.00 | | 946.56 |
| 02/19/11 | 106 | FRANCHISE TAX BOARD | EIN 20-0540430 "2011 100ES" | 2820-000 | | 800.00 | 146.56 |
| 03/07/12 | | To Account #9200******9365 | TO CONSOLIDATE ACCOUNTS | 9999-000 | | 146.56 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 301,300.00 | 301,300.00 | $0.00 |
| | | | Less: Bank Transfers | | 301,300.00 | 146.56 | |
| | | | **Subtotal** | | 0.00 | 301,153.44 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $301,153.44 | |

{} Asset reference(s)

Exhibit 9

Page: 8

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-40608  
**Case Name:** PW COMMERCIAL CONSTRUCTION, INC.,  
**Taxpayer ID #:** **-***0430  
**Period Ending:** 09/10/13  

**Trustee:** John T Kendall (007360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****344366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 396,928.87 | | 396,928.87 |
| 05/03/13 | 21014 | REIDUN STROMSHEIM | Dividend paid 100.00% on $357,362.13, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 68,776.66 | 328,152.21 |
| 05/03/13 | 21015 | REIDUN STROMSHEIM | Dividend paid 100.00% on $22,161.00, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 2,071.54 | 326,080.67 |
| 05/03/13 | 21016 | BACHECKI, CROM & CO LLP | Dividend paid 100.00% on $74,242.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 14,242.50 | 311,838.17 |
| 05/03/13 | 21017 | BACHECKI, CROM & CO LLP | Dividend paid 100.00% on $277.27, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 110.82 | 311,727.35 |
| 05/03/13 | 21018 | JOHN T. KENDALL | Dividend paid 100.00% on $42,578.30, Trustee Compensation; Reference: | 2100-000 | | 42,578.30 | 269,149.05 |
| 05/03/13 | 21019 | John T Kendall | Dividend paid 100.00% on $167.17, Trustee Expenses; Reference: | 2200-000 | | 167.17 | 268,981.88 |
| 05/03/13 | 21020 | U S BANKRUPTCY COURT | Dividend paid 100.00% on $5,500.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 5,500.00 | 263,481.88 |
| 05/03/13 | 21021 | OFFICE OF THE US TRUSTEE | Dividend paid 100.00% on $2,500.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 2,500.00 | 260,981.88 |
| 05/03/13 | 21022 | Franchise Tax Board | Dividend paid 100.00% on $823.58, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes); Reference: | 2820-000 | | 823.58 | 260,158.30 |
| 05/03/13 | 21023 | Internal Revenue Service | Dividend paid 100.00% on $5,304.13, Income Taxes - Internal Revenue Service (Prior Chapter); Reference: | 6810-000 | | 5,304.13 | 254,854.17 |
| 05/03/13 | 21024 | JAMES A TIEMSTRA | Dividend paid 100.00% on $3,972.50, Attorney for Trustee/D-I-P Fees (Other Firm) (Chapter 11); Reference: | 6210-000 | | 3,972.50 | 250,881.67 |
| 05/03/13 | 21025 | JAMES A TIEMSTRA | Dividend paid 100.00% on $2,361.57, Attorney for Trustee/D-I-P Expenses (Other Firm) (Chapter 11); Reference: | 6220-000 | | 2,361.57 | 248,520.10 |
| 05/03/13 | 21026 | JAMES A TIEMSTRA | Dividend paid 100.00% on $1,615.63, Attorney for Trustee/D-I-P Fees (Other Firm) (Chapter 11); Reference: | 6210-000 | | 1,615.63 | 246,904.47 |
| 05/03/13 | 21027 | Internal Revenue Service | Dividend paid 100.00% on $679.03; Claim# | 5800-000 | | 679.03 | 246,225.44 |

Subtotals: $396,928.87  $150,703.43

{} Asset reference(s)          Printed: 09/10/2013 11:25 AM    V.13.13

Case: 07-40608  Doc# 421  Filed: 09/26/13  Entered: 09/26/13 13:24:29  Page 18 of 20

Exhibit 9

Page: 9

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-40608  
**Case Name:** PW COMMERCIAL CONSTRUCTION, INC.,  
**Taxpayer ID #:** **-***0430  
**Period Ending:** 09/10/13

**Trustee:** John T Kendall (007360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****344366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 5P-2; Filed: $679.03; | | | | |
| 05/03/13 | 21028 | State Compensation Insurance Fund | Dividend paid 100.00% on $4,744.74; Claim# 18 -1; Filed: $4,744.74; | 5800-000 | | 4,744.74 | 241,480.70 |
| 05/03/13 | 21029 | Franchise Tax Board | Dividend paid 100.00% on $1,709.90; Claim# 19P-1; Filed: $1,709.90; | 5800-000 | | 1,709.90 | 239,770.80 |
| 05/03/13 | 21030 | Thoits, Love, Hershberger & McLean | Dividend paid 10.17% on $3,942.50; Claim# 4 -1; Filed: $3,942.50; | 7100-000 | | 401.23 | 239,369.57 |
| 05/03/13 | 21031 | Internal Revenue Service | Dividend paid 10.17% on $1,447.37; Claim# 5U-2; Filed: $1,447.37; | 7100-000 | | 147.30 | 239,222.27 |
| 05/03/13 | 21032 | White Cap Construction Supply (#6512000) | Dividend paid 10.17% on $10,327.00; Claim# 8 -1; Filed: $10,327.00; | 7100-000 | | 1,050.99 | 238,171.28 |
| 05/03/13 | 21033 | Ulferts Center (Dublin) Inc. | Dividend paid 10.17% on $65,330.06; Claim# 10 -1; Filed: $65,330.06; | 7100-000 | | 6,648.70 | 231,522.58 |
| 05/03/13 | 21034 | Mark M. O Brien | Dividend paid 10.17% on $29,427.40; Claim# 11 -1; Filed: $29,427.40; | 7100-000 | | 2,994.85 | 228,527.73 |
| 05/03/13 | 21035 | Global Specialties Direct Inc. | Dividend paid 10.17% on $19,590.00; Claim# 13 -1; Filed: $19,590.00; | 7100-000 | | 1,993.69 | 226,534.04 |
| 05/03/13 | 21036 | Tri-County Insulation | Dividend paid 10.17% on $4,500.00; Claim# 16 -1; Filed: $4,500.00; | 7100-000 | | 457.97 | 226,076.07 |
| 05/03/13 | 21037 | Sprint Nextel | Dividend paid 10.17% on $94.01; Claim# 17 -1; Filed: $94.01; | 7100-000 | | 9.57 | 226,066.50 |
| 05/03/13 | 21038 | Chateau De Louis, LLC, No. Nine, LLC, Real Enterprises, LLC | Dividend paid 10.17% on $2,189,889.50; Claim# 20 -1; Filed: $2,189,889.50; | 7100-000 | | 222,867.03 | 3,199.47 |
| 05/03/13 | 21039 | JJ Electric Inc. | Dividend paid 10.17% on $31,438.00; Claim# 24 -1; Filed: $31,438.00; | 7100-000 | | 3,199.47 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 396,928.87 | 396,928.87 | $0.00 |
| Less: Bank Transfers | 396,928.87 | 0.00 | |
| **Subtotal** | 0.00 | 396,928.87 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$396,928.87** | |

{} Asset reference(s)

Exhibit 9

Page: 10

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-40608 | | Trustee: | John T Kendall (007360) |
| --- | --- | --- | --- | --- |
| Case Name: | PW COMMERCIAL CONSTRUCTION, INC., | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****344366 - Checking Account |
| Taxpayer ID #: | **-***0430 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/10/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Net Receipts : | 786,566.05 | | | | |
| | | Net Estate : | $786,566.05 | | | | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****93-65 | 124,778.79 | 73,608.85 | 0.00 |
| Checking # 9200-******93-65 | 661,787.26 | 14,874.89 | 0.00 |
| Checking # 9200-******93-66 | 0.00 | 301,153.44 | 0.00 |
| Checking # ****344366 | 0.00 | 396,928.87 | 0.00 |
| | $786,566.05 | $786,566.05 | $0.00 |

{} Asset reference(s)

Case: 07-40608   Doc# 421   Filed: 09/26/13   Entered: 09/26/13 13:24:29   Page 20 of 20

Printed: 09/10/2013 11:25 AM
V.13.13